IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRENT ARNOLD,<br><br>    Plaintiff,<br><br> vs.<br><br>LOANCARE, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and TRANS UNION, LLC,<br><br>    Defendants. | **4:20CV3095**<br><br>**ORDER** |

  IT IS ORDERED that the motion to withdraw filed by Peter R. Wickard on behalf of Ronald C. Gilbert, III., as Pro Hac Vice counsel of record for Defendant, Trans Union, LLC (Filing No. 32), is granted. Trans Union, LLC remains represented by other counsel. Ronald C. Gilbert, III. shall no longer receive electronic notice in this case.

  Dated this 23rd day of October, 2020.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge