IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRENT ARNOLD,<br><br>        Plaintiff,<br><br>vs.<br><br>LOANCARE, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and TRANS UNION, LLC,<br><br>        Defendants. | **4:20CV3095**<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed by Brandon J. Crainer, as counsel of record for Defendant, Experian Information Solutions, Inc. (Filing No. 52), is granted. Brandon J. Crainer shall no longer receive electronic notice in this case.

Dated this 24th day of February, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge